UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                          :
UNITED STATES OF AMERICA,                 :    02Cr1543 (DLC)
                                          :
            -v-                           :    ORDER
                                          :
DERRICK WILSON,                           :
                                          :
                      Defendant.          :
                                          :
-----------------------------------------X

DENISE COTE, District Judge:

On November 4, 2020, the defendant filed a pro se motion for early termination of supervision. It is hereby

ORDERED that, should the defendant which to pursue this application, he shall advise the Court of what he has done to satisfy his forfeiture obligation.

Dated:     New York, New York
           November 5, 2020

                                    _____
                                           DENISE COTE
                                    United States District Judge

Copy Mailed To:

Derrick Wilson

P.O. Box 677722

Orlando FL 32867